# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),   :   Case No. 3:11-po-148

- vs -   Magistrate Judge Michael R. Merz

TIMMOTHY RILEY

        Defendant(s).   :

## ORDER REVOKING RELEASE

This case came on for hearing on January 4, 2012, on report of the Pretrial Services Officer that Defendant had violated the conditions of his release by consuming cocaine twice and marijuana once (as proved by urinalysis which yielded positive results for cocaine and marijuana use on December 1, 2011, and December 21, 2011) and by being convicted of Driving Under FRA Suspension and Failure to Reinstate in Fairborn Municipal Court on December 20, 2011.

Defendant with the advice of counsel admitted the violations of the conditions of his release.

Based on the admitted violations and their proximity in time to one another, the Court finds, pursuant to 18 U.S.C. § 3148(b)(2)(b) that the Defendant is unlikely to abide by any condition or combination of conditions of release.

Accordingly, it is hereby ordered that Defendant Timmothy Riley's release is revoked and he is ordered committed to the custody of the Attorney General of the United States pending sentencing.

January 5, 2012

                                                                                            s/ **Michael R. Merz**
                                                                                       United States Magistrate Judge