# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,      :      Case No. 3:11-po-148

- vs -                              Magistrate Judge Michael R. Merz

TIMMOTHY RILEY

        Defendant.     :

## ORDER REVOKING BOND AND REMANDING DEFENDANT TO CUSTODY

This case came on for hearing on March 22, 2012, on report of the Pretrial Services Officer that Defendant had violated the conditions of his release by being (1) being convicted of a misdemeanor offense in the Fairborn Municipal Court; (2) using prescription medication not prescribed to himself; (3) excessive use of alcohol; (4) use of cocaine and marijuana; and (5) failure to successfully complete drug treatment by (1) failing to appear as required, (2) refusing to provide a urine sample when requested, and (3) lying to the treatment personnel that his attorney had advised him not to provide a sample.

Defendant admitted the violations set forth above. The Court excused the asserted violations of failure to appear at Pretrial Services on March 16 and 19, 2012.

Pursuant to 18 U.S.C. § 3148, the Court finds that the Defendant is unlikely to abide by any condition or combination of conditions of release. The Court particularly notes that Defendant's conditions of release were previously violated, resulting in a short term in jail, followed by re-release. It is the conditions on re-release which have been violated.

Accordingly, it is hereby ordered that Defendant Timmothy Riley's bond is revoked and he is ordered committed to the custody of the Attorney General of the United States to await sentencing.

March 22, 2012

                                                                              s/ **Michael R. Merz**
                                                                       United States Magistrate Judge