# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

          Plaintiff(s),   :   Case No. 3:11-po-148

- vs -                                   Magistrate Judge Michael R. Merz

TIMMOTHY RILEY

          Defendant(s).   :

## AMENDED ORDER REVOKING PROBATION

This case came on for hearing on May 17, 2012, on report of the Probation Officer that Defendant had violated the conditions of his probation by committing another federal, state or local crime by being convicted of Operating a Vehicle Intoxicated and Driving Under Suspension.

Defendant admitted the violation of the conditions of his probation.

Accordingly, it is hereby ordered that Defendant Timmothy Riley's probation is revoked and he is ordered committed to the custody of the Attorney General of the United States for a term of thirty (30) days **from May 15, 2012, the date Defendant came into federal custody**.

May 22, 2012

                                                          s/ **Michael R. Merz**
                                                           United States Magistrate Judge